UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEWART RICHARD LAUER

    Plaintiff,

vs.    Case No.:    8:10-cv-01239-EAK-MAP

SCOTT LOWERY LAW OFFICE, P.C.

    Defendant,
_____/

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and Defendants herein by and through their attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

## CERTIFICATE OF CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will forward a copy to all parties of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by First Class Mail to the following non-CM/ECF participants:  none.

| **DICESARE, DAVIDSON, & BARKER, P.A.** | **BARRON, NEWBURGER & SINSLEY, PLLC** |
|---|---|
| /S/    HAROLD E. BARKER | /S/    BARBARA A. SINSLEY |
| Harold E. Barker, Esquire | Barbara A. Sinsley, Esquire |
| Florida Bar #0500143 | Florida Bar # 844810 |
| Post Office Box 7160 | 205 Crystal Grove Blvd., Suite 102 |
| Lakeland, Florida 33807-7160 | Lutz, FL 33548 |
| Telephone (863) 648-5999 | Telephone: (813) 500-3636 |
| Facsimile (863) 648-4755 | Facsimile: (813) 949-6163 |
| E-Mail:  rbarker@ddblaw.com | E-Mail: bsinsley@bns-law.com |
| Attorney for Plaintiff | Attorney for Defendant |